Argued and submitted May 9, review dismissed as improvidently allowed
July 18, 1996

STATE OF OREGON,
*Petitioner on Review,*

*v.*

ALFONSO RAYMOND McFEE,
*Respondent on Review.*

(CC C9305-32718; CA A81821; SC S42778)

919 P2d 44

Katherine H. Waldo, Assistant Attorney General, Salem, argued the cause for petitioner on review. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Louis R. Miles, Deputy Public Defender, Salem, argued the cause for respondent on review. With him on the brief was Sally L. Avera, Public Defender.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

Review dismissed as improvidently allowed.

---

** Unis, J. retired June 30, 1996, and did not participate in this decision.